IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN JONES,

    Petitioner,                   No. CIV S-10-0644 EFB P

    vs.

GARY SWARTHOUT, Warden, et. al.,

    Respondents.         ORDER

                           /

      Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. On April 19, 2010, the court granted his application to proceed *in forma pauperis*. However, on April 23, 2010, petitioner paid a $5 filing fee.

      Accordingly, it is hereby ordered that:

      1. The Clerk is directed to return the $5 filing fee; and

      2. The Clerk of the court is directed to serve a copy of this order on the Financial Division.

Dated: May 17, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE